**EXHIBIT B**







